UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JENNIFER MCCONNELL           CASE NO. 09-10223
                                                    CHAPTER 13

### NOTICE TO WITHDRAW AMENDED PROOF OF CLAIM FILED BY WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC.

NOW INTO COURT through undersigned counsel comes WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC., a secured Creditor, which respectfully represents:

1.

WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC. filed an Amended Proof of Claim on August 14, 2009, in this case with an arrearage amount of $42,664.56.

2.

Accordingly, WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC. desires to withdraw the above Amended Proof of Claim without prejudice.

3.

WHEREFORE, WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY

AMERICAN HOME MORTGAGE SERVICING, INC., requests that the court issue an Order Withdrawing the Amended Proof of Claim filed by WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC.

    DEAN MORRIS, L.L.P.
    1820 AVENUE OF AMERICA
    P.O. BOX 15270
    MONROE, LA  71207-5270
    (318) 388-1440


    /S/ Benjamin B. Dean
    ATTORNEYS FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JENNIFER MCCONNELL　　　　　　　CASE NO. 08-10975
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Benjamin B. Dean, hereby certify that I have notified the following interested parties of the Notice to withdraw the Proof of Claim filed by WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2006-OPT1 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1 AS SERVICED BY AMERICAN HOME MORTGAGE SERVICING, INC., as reflected on the foregoing notice, to-wit:

Jennifer Mcconnell
214 Tasmania Ct.
Slidell, LA 70458

S. J. Beaulieu, Jr.
Trustee
433 Metairie Road
Suite 307
Metairie, LA 70005

Timothy P. Kirkpatrick
Attorney at Law
3501 North Causeway Blvd. Suite 300
Metairie, LA 70002

Office of the U.S. Trustee
400 Poydras Street
Suite 2110, Texaco Center
New Orleans, LA 70130

by mailing or emailing this notice and a copy of the Notice to withdraw the Amended Proof of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 20th day of August, 2009.

　　　　　　　　　　　　　　　　DEAN MORRIS, L.L.P.
　　　　　　　　　　　　　　　　1820 Avenue of America
　　　　　　　　　　　　　　　　P. O. Box 15270
　　　　　　　　　　　　　　　　Monroe, LA  71207-5270
　　　　　　　　　　　　　　　　(318) 388-1440

　　　　　　　　　　　　　　　　/S/ Benjamin B. Dean
　　　　　　　　　　　　　　　　 ATTORNEY FOR CREDITOR